## SYKES v. KNAPP.

(Supreme Court, Appellate Term. November 9, 1900.)

APPEAL—DECISIONS REVIEWABLE—MUNICIPAL COURTS.

  An appeal does not lie from an order of the municipal court denying a motion to open a default, since such orders are not among those referred to in Consol. Act, § 1367, authorizing justices to open defaults.

Appeal from municipal court, borough of Manhattan, Seventh district.

Action by Guy L. Sykes against Phebe P. Knapp. From an order denying a motion to open a default, plaintiff appeals. Affirmed.

Argued before TRUAX, P. J., and SCOTT and DUGRO, JJ.

W. R. Eaton, for appellant.

Ritch, Woodford, Bovee & Wallace, for respondent.

PER CURIAM. The order appealed from is not among those referred to in section 1367 of the consolidation act. The appeal from it must therefore be dismissed. The judgment was not unwarranted, and is affirmed, with costs.